AARON D. HENDELMAN, State Bar No. 206668
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: ahendelman@wsgr.com

JAMIE Y. OTTO, State Bar No. 295099
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: jotto@wsgr.com

Attorneys for Defendant
ZAZZLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTYNA DORSZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZAZZLE INC., a California corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 5:21-cv-08507-VKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Served: November 16, 2021<br>Current Response Date: January 21, 2022<br>New Response Date: February 4, 2022<br><br>Magistrate Judge Virginia K. DeMarchi |

Pursuant to Civil Local Rule 6(1)(a), the parties to the action, by and through their respective counsel, hereby stipulate that the time for Defendant Zazzle Inc. ("Zazzle") to answer or otherwise respond to the Complaint filed on November 2, 2021 (Dkt. No. 1) shall be extended by an additional two weeks to February 4, 2022, to allow the parties to engage in further settlement discussions. This change will not alter the date of any event or deadline already fixed by Court order.

Dated: January 19, 2022

WILSON SONSINI GOODRICH & ROSATI

By: /s/ Jamie Y. Otto
Jamie Y. Otto

*Attorneys for Defendant ZAZZLE INC.*

Dated: January 19, 2022

DANCHUK LAW LLC

By: /s/ Dmitry Lapin
Dmitry Lapin

*Attorneys for Plaintiff JUSTYNA DORSZ*

**ECF ATTESTATION**

I, Jamie Y. Otto, am the ECF User whose identification and password are being used to file this document and attest that all signatories here to have concurred in this filing.

Dated: January 19, 2022

WILSON SONSINI GOODRICH & ROSATI

By: /s/ Jamie Y. Otto
Jamie Y. Otto

*Attorneys for Defendant ZAZZLE INC.*