1  AARON D. HENDELMAN, State Bar No. 206668
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   701 Fifth Avenue, Suite 5100
3  Seattle, WA 98104-7036
   Telephone:  (206) 883-2500
4  Facsimile:   (206) 883-2699
   Email: ahendelman@wsgr.com
5
   JAMIE Y. OTTO, State Bar No. 295099
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304
8  Telephone:  (650) 493-9300
   Facsimile:   (650) 493-6811
9  Email: jotto@wsgr.com

10
   Attorneys for Defendant
11 ZAZZLE INC.

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14

15 JUSTYNA DORSZ, an individual,          CASE NO.: 5:21-cv-08507-VKD

16           Plaintiff,                   **STIPULATION OF DISMISSAL WITH
                                          PREJUDICE AND ORDER**
17        v.
                                          Complaint Served: November 16, 2021
18 ZAZZLE INC., a California corporation, and   Current Response Date: January 21, 2022
   DOES 1 through 10,
19                                        Magistrate Judge Virginia K. DeMarchi
           Defendants.
20

21

22

23

24

25

26

27

28

1    COMES NOW Plaintiff Justyna Dorsz, by and through his attorneys of record, and

2  Defendant Zazzle Inc., by and through its attorneys of record, and notify the Court the parties

3  have settled this matter. Consequently, pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate and

4  agree that all claims asserted, or that could have been asserted, by the parties in the above-

5  entitled action may be and hereby are dismissed with prejudice, without costs or disbursements

6  to any party, and that a judgment of dismissal with prejudice may be entered in the above-

7  captioned action pursuant to this stipulation of dismissal with prejudice, with the Court retaining

8  jurisdiction over enforcement of the settlement. Each party to bear its own costs and attorney

9  fees.

10    WHEREFORE the parties pray for an Order from the Court dismissing this case with

11  prejudice and retaining jurisdiction over enforcement of the settlement.

12

13  Dated:  February 4, 2022                WILSON SONSINI GOODRICH & ROSATI

14                                By: */s/ Jamie Y. Otto*
                                   Jamie Y. Otto
15
16                                *Attorneys for Defendant ZAZZLE INC.*

17

18  Dated: February 4, 2022                DANCHUK LAW LLC

19                                By: */s/ Dmitry Lapin*
                                   Dmitry Lapin
20
21                                *Attorneys for Plaintiff JUSTYNA DORSZ*

22  Approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).
     ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~
23
    Dated:  February 7, 2022
24

25                                *Virginia K. DeMarchi*
                                   ~~DISTRICT~~ JUDGE
26                                MAGISTRATE

27

28

STIPULATION OF DISMISSAL WITH        -2-
PREJUDICE AND ORDER                              CASE NO.:  5:21-cv-08507-VKD